IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| H&R BLOCK, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EVANSTON INSURANCE CO., )<br>AMERICAN INTERNATIONAL )<br>SPECIALTY LINES INSURANCE CO., )<br>and LEXINGTON INSURANCE CO., )<br>)<br>Defendants. ) | Case No. 03-0904-CV-W-ODS |

## ORDER GRANTING EXTENSION OF TIME

Pending is Parties' Joint Application for Extension of Time to Convene Mediation (Doc. # 242). For good cause shown, the Motion is granted. The mediation shall take place on or before March 22, 2006. The parties shall file a Joint Status Report within one week of the mediation reporting the degree of success and the status of their negotiations.

IT IS SO ORDERED.

DATE: February 6, 2006              /s/   Ortrie D. Smith
                                    ORTRIE D. SMITH, JUDGE
                                    UNITED STATES DISTRICT COURT